# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00402-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAVID KEE CREES,
     a/k/a "DR32,"

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

    At all times relevant to this Indictment:

    1.      Defendant DAVID KEE CREES, a/k/a "DR32," resided in Australia.

    2.      Victim 1, known to the grand jury, is a software company located in California.

    3.      Victim 2, known to the grand jury, is a social media company located in California.

    4.      Victim 3, known to the grand jury, is a payment platform located in Massachusetts.

    5.      Victim 4, known to the grand jury, is an international communications server located outside of the United States.

    6.      Victim 5, known to the grand jury, is a university located in Massachusetts.

    7.      Victim 6, known to the grand jury, is a networking hardware company

located in California.

8.    Victim 7, known to the grand jury, is a cybersecurity company located in California.

9.    The above allegations are realleged and incorporated in each count of this Indictment as though fully set out in each count.

## COUNTS 1-7

On or about the dates listed below, each instance constituting a separate count, in the State and District of Colorado and elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," intentionally accessed and attempted to access a protected computer without authorization and thereby obtained and attempted to obtain information from a protected computer for the purpose of private financial gain and aided and abetted the same, namely, CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, accessed, attempted to access, and aided and abetted access to protected computers controlled and used by victim companies without authorization in order to sell, and by selling, information and access obtained from such computers to other individuals:

| COUNT | APPROXIMATE DATE | VICTIM |
|-------|------------------|--------|
| 1 | July 2020 | 1 |
| 2 | July 2020 | 2 |
| 3 | August 2020 | 3 |
| 4 | September 2020 | 4 |
| 5 | December 2020 | 5 |
| 6 | March 2021 | 6 |
| 7 | July 2021 | 7 |

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(b), 1030(c)(2)(B)(i) and 2.

## COUNTS 8-14

On or about the dates listed below, each instance constituting a separate count, in the State and District of Colorado and elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," knowingly caused and attempted to cause the transmission of a program, information, code, and command and, as a result of such conduct, intentionally caused and attempted to cause damage without authorization to a protected computer and caused loss to one or more persons during any one-year period, and loss resulting from a related course of conduct affecting one or more other protected computers, aggregating at least $5,000 in value, and aided and abetted the same, namely, CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, knowingly caused and attempted to cause the transmission of a program, information, code, and command and, as a result of such conduct damaged, attempted to damage, and aided and abetted damage to protected computers controlled and used by victim companies which resulted in loss of at least $5,000 to one or more victims:

| COUNT | APPROXIMATE DATE | VICTIM |
|-------|------------------|--------|
| 8 | July 2020 | 1 |
| 9 | July 2020 | 2 |
| 10 | August 2020 | 3 |
| 11 | September 2020 | 4 |
| 12 | December 2020 | 5 |
| 13 | March 2021 | 6 |
| 14 | July 2021 | 7 |

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(b), 1030(c)(4)(A)(i)(I) and 2.

## COUNT 15

Between in or about June 2020 and July 2021, in the State and District of Colorado and elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," knowing the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted such a financial transaction which in fact involved the proceeds of specified unlawful activity, knowing the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, namely CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, accepted cryptocurrency in exchange for data and access derived from computer intrusions committed pursuant to Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(a)(5)(A) and then took steps to hide the source of the cryptocurrency.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 16

On or about September 24, 2020, in the State and District of Colorado and elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," knowingly transferred, possessed, and used, without lawful authority a means of identification of another person, knowing that the means of identification belonged to another actual person, in or affecting interstate or foreign commerce with the intent to commit, and to aid and

abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, namely, CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, sent files that were received in the District of Colorado containing, among other information, credit card numbers, names, addresses, and email and/or telephone numbers of individuals with the intent to commit, and to aid and abet, and in connection with, a violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(b)(1).

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(2)(B).

## COUNT 17

On or about September 24, 2020, in the State and District of Colorado and elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," knowingly and with intent to defraud, trafficked, in or affecting interstate or foreign commerce, in one and more unauthorized access devices in a one-year period, and by such conduct attempted to obtain anything of value aggregating $1,000 and more during that period, namely, CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, sent files that were received in the District of Colorado containing, among other information, credit card numbers.

All in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(1), and 1029(c)(1)(A)(i).

## COUNTS 18-22

On or about September 24, 2020, in the State and District of Colorado and

5

elsewhere, the defendant, DAVID KEE CREES, a/k/a "DR32," willfully and knowingly did transfer, possess, and use without lawful authority a means of identification of another person during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), knowing that the means of identification belonged to another actual person, namely, during and in relation to a violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(b)(1), CREES, while in Australia, and who will be first arrested and brought to the District of Colorado pursuant to Title 18, United States Code, Section 3238, sent files that were received in the District of Colorado containing personal identifying information and credit card numbers of the individuals listed below by initials, who are known to the grand jury:

| COUNT | VICTIM |
|-------|--------|
| 18 | K.V. |
| 19 | S.H. |
| 20 | M.S. |
| 21 | E.D. |
| 22 | R.M. |

All in violation of Title 18, United States Code, Section 1028A.

FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts 1-22 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(1), 982(a)(2)(B), 1030(i)(1), 1028(b)(5), and 1029(c)(1)(C).

2.      Upon conviction of the violations alleged in Counts 1-14 of this Indictment involving violations of Title 18, United States Code, Section 1030, the defendant, DAVID

KEE CREES a/k/a "DR32," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Section 1030(i)(1)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1030(i)(1)(A), any personal property used or intended to be used to commit the offense including, but not limited to, a money judgment in the amount of proceeds obtained by the scheme and by the defendant.

3.      Upon conviction of the violations alleged in Count 15 of this Indictment involving a violation of Section 1956(a)(1)(B)(i), the defendant, DAVID KEE CREES a/k/a "DR32," shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offenses alleged in Count 21 of this Indictment, and all property traceable to such property.

4.      Upon conviction of the violation alleged in Count 16 of this Indictment involving a violation of Title 18, United States Code, Section 1028, defendant, DAVID KEE CREES a/k/a "DR32," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense including, but not limited to, a money judgment in the amount of proceeds obtained by the scheme and by the defendant.

5.      Upon conviction of the violation alleged in Count 17 of this Indictment involving a violation of Title 18, United States Code, Section 1029, defendant, DAVID

KEE CREES a/k/a "DR32," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense including, but not limited to, a money judgment in the amount of proceeds obtained by the scheme and by the defendant.

6.      If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Sections 982(a)(1), 982(a)(2)(B), 1030(i)(1), 1028(b)(5), and 1029(c)(1)(C).

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON


COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government