IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00402-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID KEE CREES,
    a/k/a "DR32,"

    Defendant.

***FILED UNDER RESTRICTION***

---

## ORDER
---

Upon consideration and for good cause shown:

IT IS ORDERED that the Government be allowed to provide the indictment in the above-captioned case [ECF #1] and the warrant for the arrest of defendant DAVID KEE CREES, a/k/a "DR32" [ECF #3] to domestic and foreign government authorities as necessary for the arrest and extradition of CREES.

IT IS FURTHER ORDERED that the Government be allowed to provide the indictment [ECF #1] arrest warrant [ECF #3] to domestic and foreign government authorities as required for other processes that may be requested in this case, such as overseas searches, interviews, and collection of documents and other evidence by foreign authorities.

IT IS FURTHER ORDERED that the documents at ECF #1 and 3, the instant motion and order, as well as docket 21-cr-00402-DDD and all the documents filed thereon, will remain RESTRICTED from public view.

IT IS SO ORDERED on this  14th   day of December, 2021.

BY THE COURT:

_____
HON. DANIEL D. DOMENICO
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO