AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 FEB 12 PM 12:03

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
| v. | ) | Case No. 21-cr-00402-DDD |
| | ) | |
| DAVID KEE CREES, a/k/a "DR32" | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DAVID KEE CREES, a/k/a "DR32"                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-7: 18 U.S.C. §§ 1030(a)(2)(C), 1030(b), 1030(c)(2)(B)(i) & 2
Counts 8-14: 18 U.S.C. §§ 1030(a)(5)(A), 1030(b), 1030(c)(4)(A)(i)(I) & 2
Count 15: 18 U.S.C. § 1956(a)(1)(B)(i)
Count 16: 18 U.S.C. §§ 1028(a)(7) & 1028(b)(2)(B)
Count 17: 18 U.S.C. §§ 1029(a)(2), 1029(b)(1), & 1029(c)(1)(A)(i)
Counts 18-22: 18 U.S.C. § 1028A

Date: 12/07/2021                                   s/A. Thomas, Deputy Clerk
                                                   *Issuing officer's signature*

City and state:   Denver, Colorado                 Jeffrey P. Colwell, Clerk of Court
                                                   *Printed name and title*

**Return**

This warrant was received on *(date)* 12/7/21, and the person was arrested on *(date)* 2/8/24
at *(city and state)* Australia.

Date: 2/8/24

Signed for DUSM Paul Otto
*Arresting officer's signature*

P. Bliss DEO/USMS
*Printed name and title*