IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-CR-00402-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID KEE CREES,

    Defendant.

---

## ORDER OF DETENTION
---

THIS MATTER came before the court for a detention hearing on February 13, 2024. The government is requesting detention in this case. The defense did not contest detention. In making my findings of fact, I have taken judicial notice of the information in the Pretrial Services Report and the entire court file.

In order to sustain a motion for detention, the government must establish that there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably assure (a) the appearance of the defendant as required or (b) the safety of any other person or the community. 18 U.S.C. § 3142(b). The former element must be established by a preponderance of the evidence, and the latter requires proof by clear and convincing evidence.

The Bail Reform Act establishes the following factors to be considered in determining whether there are conditions of release that will reasonably assure the appearance of the defendant and the safety of the community:

> (1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
>
> (2) the weight of the evidence against the person;
>
> (3) the history and characteristics of the person including–
>
> > (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug and alcohol abuse, criminal history, and record concerning appearance at court proceedings; and
> >
> > (B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and
>
> (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Weighing the factors set out in the Bail Reform Act, I find the following: The Defendant is an Australian citizen. He was held in custody in Australia for two years prior to his extradition to the United States. Defendant is charged with Money laundering; trafficking in means of

identification; trafficking in access devices; access to a protected computer without authorization for private financial gain; aggravated identity theft; and causing damage to protected computer without authorization, causing loss of at least $5,000.00. He faces up to in excess of 200 months in prison. He has no ties to Colorado and the only place he could live is Australia, if released from custody, which makes little sense given the prosecution here in the United States. After considering all appropriate factors, I conclude by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure his appearance at trial.

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED: February 13, 2024                             BY THE COURT:

                                                                            *N. Reid Neureiter* (signature)
                                                                            _____
                                                                            N. Reid Neureiter
                                                                            United States Magistrate Judge