IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00402-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID KEE CREES,
    a/k/a "DR32,"

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

---

The United States of America moves this Court pursuant to Fed. R. Crim. P. Rule 16(d)(1), for entry of the attached Protective Order pertaining to the discovery materials in the above-captioned case, and states as follows in support thereof:

    1.    On December 7, 2021, the grand jury returned a superseding indictment charging defendant DAVID KEE CREES, a/k/a "DR23," in 22 counts, including violations of 18 U.S.C. §§ 1030, 1956, 1028, 1029, and 1028A. ECF #1.

    2.    After being extradited from Australia, the defendant made his initial appearance in this District on February 8, 2024. ECF #9.

    3.    Discovery in this matter will include, among other things: information concerning entities that were allegedly the victims of the defendant's computer

intrusions; voluminous personal identifying information (PII) of victims of identity theft; and financial documents relating to the defendant and others.

4. These discovery materials contain personal, sensitive, or identifying information of individuals and entities.

5. To ensure compliance with the Government's discovery obligations and to expedite the exchange of discovery material between the parties, the Government requests that a protective order be entered as to the discovery materials provided by the government to the defense in this case ("discovery materials").

6. Rule 16(d)(1) of the Federal Rules of Criminal Procedure authorizes this Court to "deny, restrict, or defer discovery or inspection, or grant other appropriate relief" upon a showing of good cause.

7. Here, there is good cause for this Court to restrict the defendant's use, dissemination and disposition of the discovery materials according to the terms set forth in the Protective Order because it: will expedite the disclosure of discovery to the defendant by eliminating the need for the United States to perform a document-by-document evaluation of the relevance and sensitivity of the information contained in the materials, and it will allow the United States to provide extensive discovery to the defendant, while protecting the personal and sensitive information of the individuals and entities.

8. Undersigned counsel has conferred with counsel for the defendant, and he does not object to entry of the proposed Protective Order.

9. For these reasons, the Government requests this Court enter limitations on the defendant's use, dissemination, and disposition of the discovery materials as set forth in the proposed Protective Order that is submitted with this motion.

Respectfully submitted February 26, 2024.

COLE FINEGAN
United States Attorney

By: *s/ Julia Martinez*
JULIA MARTINEZ
Assistant United States Attorney
1801 California St. Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Email: julia.martinez@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Email: Portia.Peter@usdoj.gov