IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00402-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DAVID KEE CREES,
     a/k/a "DR32,"

     Defendant.

---

## PROTECTIVE ORDER

---

THIS MATTER, coming before the Court upon the Government's Unopposed

Motion for a Protective Order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials described in the Motion contain sensitive information (the

"discovery materials"), and the Court finds that good cause has been established to

enter a Protective Order concerning the use, dissemination, and disposition of

information that may be disclosed in discovery in this case, such disclosure shall be

pursuant to the following conditions:

     1.  The discovery materials produced by the Government may be used by the

Defendant and the defense team solely and exclusively for the purpose of preparing a

defense in this case (including investigation, trial preparation, trial, direct appeals, and

post-conviction proceedings).  The discovery materials shall not be distributed to the media, third parties, or otherwise published.

2.   The restrictions in this Order shall apply to the Defendant and the defense team. Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided with a copy of this Protective Order and will be advised that he or she shall not further disseminate the materials except by the express direction of counsel of record.

3.   The Defendant shall not make or maintain any copies of the discovery materials in his sole possession, custody, and control.  The Defendant may review discovery materials:

a.   In the presence of defense counsel or another member of the defense team, including video-conferencing meetings; or

b.   While in custody at his designated facility outside of the presence of defense counsel or another member of the defense team provided that:

   i.   The materials are provided on a hard drive or other large digital storage device (i.e. not a thumb drive or SD card) that is stored and maintained by the staff at the facility at all times when not being reviewed by the Defendant; and

   ii.   The Defendant reviews the materials in a supervised space designated for such review using a computer provided by the facility and is not permitted to transport the materials to any other location.

c.  The Defendant may take notes in reviewing discovery materials but any such notes are subject to the same restrictions that apply to the discovery materials. In particular, the Defendant may not maintain notes of discovery materials in his sole possession, custody, and control. Notes of discovery materials must either be stored and maintained by:

   i.  The defense team; or

   ii.  Staff at the facility where the Defendant is detained when not in use by the Defendant.

d.  The Defendant may not disclose any of the discovery materials or their contents, directly or indirectly, to any person outside of the defense team.

4.  The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, nor do the restrictions in this Order limit defense counsel in the use of discovery materials in judicial proceedings in this case, except that defense counsel must either redact any personal identifying information (PII) or financial information pertaining to third parties, or move for restriction of documents containing such information.

5.  Following the conclusion of all litigation, defense counsel must ensure the return to the Government or destruction of all discovery materials, copies thereof, or notes containing information obtained from the discovery materials.  Nothing in this provision shall require disclosure of defense counsel's attorney work product or any material that falls within the attorney-client privilege.

6.   Nothing contained in this Order shall preclude any party from applying to this Court for further relief or modification of any provision hereof.

Dated this _____ day of February.

BY THE COURT:

_____
HON. DANIEL D. DOMENICO
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO