# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-cr-00402-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID KEE CREES,
   a/k/a "DR32,"

    Defendant.

---

## NOTICE OF DISPOSITION

---

Defendant David Kee Crees a/k/a "DR32" ("Mr. Crees"), through undersigned counsel, and pursuant to D.C.COLO.L.CrR. 11.1, hereby gives notice that a disposition has been reached in this case.

Furthermore, Mr. Crees asks this Court to set the matter for a change of plea hearing at the Court's earliest convenience. The Government, through Assistant United States Attorney Julia Martinez, does not oppose this request.

Filing a notice of disposition tolls speedy trial pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(D) (a pretrial motion tolls the clock—from the time it is filed until after the hearing). In *United States v. Loughrin,* 710 F.3d 1111 (10th Cir. 2013), the Tenth Circuit determined the filing of a notice of disposition qualifies as a pretrial motion that triggers the tolling of speedy trial pursuant to 18 U.S.C. § 3161(h)(1)(D).

59649672.1

> In sum, a "defendant's request to change his plea clearly constitutes a pretrial motion, a motion which automatically triggers an exclusion of time." A contrary conclusion, moreover, would create an incentive for defendants to file notices of disposition and later change their minds at the hearing—meanwhile, the seventy-day clock would continue to run.

*Loughrin* at 1120, *quoting United States v. Santiago–Becerril,* 130 F.3d 11, 20 (1st Cir.1997).

For the forgoing reasons, Defendant David Kee Crees moves this Court to vacate the trial and hearing dates currently scheduled and set this matter for a change of plea hearing at the Court's earliest convenience.

Respectfully submitted this 7th day of January 2025.

By:

*s/ Richard Tegtmeier*
Richard Tegtmeier, Colo. Atty. Reg. No. 2544
Taft Stettinius & Hollister LLP
675 15th Street, Suite 2300
Denver, CO 80202
Phone Number: 303.299.8163
E-mail: rtegtmeier@taftlaw.com
*Attorney for Defendant David Kee Crees*

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January 2025, the foregoing **NOTICE OF DISPOSITION** was filed electronically via the USDC-Colorado CM/ECF system which will serve notice on all counsel of record.

*s/ Dani Brown*
Dani Brown