IN THE UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLORADO
                             JUDGE DANIEL D. DOMENICO

| Criminal Case No.: 1:21-cr-00402-DDD-01 | Date: May 13, 2025 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Tammy Hoffschildt |
| Probation Officer: Meaghan Mills | Interpreter: N/A |

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Julia K. Martinez

    Plaintiff,

v.

DAVID KEE CREES,                                        Richard L. Tegtmeier
                                                        Kristen M. Frost
    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**2:34 p.m.**     **Court in session**. Defendant present, in custody.

Appearances of counsel.

Parties received and reviewed the presentence report and all addenda.

Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDERED:**    [43] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) is **GRANTED.**

**ORDERED:**    [42] Government's Motion to Dismiss Counts 15 Through 22 is **GRANTED.**

1

**ORDERED:** [44] Defendant's Motion is **GRANTED.**

**ORDERED:** Defendant is sentenced to a term of imprisonment of **TIME SERVED on each of counts 1-14, to run concurrently.** Upon release from imprisonment, no term of supervised release shall be imposed, $1,400.00 special assessment to be paid immediately.

Conditions and special conditions as set forth on the record.

Defendant advised of right to appeal.

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**3:36 p.m.** **Court in recess. Hearing concluded. Total time: 1:02**