IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Criminal Case No.: 1:21-cr-00402-DDD-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID KEE CREES,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Daniel D. Domenico, United States District Judge, on May 13, 2025, it is hereby

ORDERED that Defendant, David Kee Crees is sentenced to **TIME SERVED.**

DATED: May 13, 2025.

BY THE COURT:

_____
Daniel D. Domenico,
United States District Judge